UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


CHARLES E. HICKMAN                    )
                                      )
            Petitioner,               )
                                      )
v.                                    )        3:00-cv-606
                                      )        3:96-cr-107
                                      )        *Jarvis*
                                      )
UNITED STATES OF AMERICA              )
                                      )
            Respondent.               )


## JUDGMENT ORDER


In accordance with the accompanying Memorandum Opinion, the motion to vacate,

set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and this action is

**DISMISSED**.  Should the petitioner give timely notice of an appeal from this decision, such

notice will be treated as an application for a certificate of appealability, which under the

circumstances is **DENIED**.  The court **CERTIFIES** that any appeal from this action would

not be taken in good faith and would be totally frivolous.


        **E N T E R :**


                                      _____s/  James H. Jarvis_____
                                      UNITED STATES DISTRICT JUDGE